# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| SHUNTRELL JONES, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:20-CV-00124-RWS |
| | § | |
| v. | § | |
| | § | |
| WARDEN SALMONSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Petitioner Shuntrell Jones, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to the Honorable Caroline Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate judge recommends that the above-styled petition be dismissed without prejudice. Docket No. 2.

The Court has received and considered the Report and Recommendation of the Magistrate Judge along with the record, pleadings, and all available evidence. Jones acknowledged receipt of the Report and Recommendation on July 16, 2020. Docket No. 4. Neither party has objected to the Report and Recommendation.

Because no objections to the report have been received, Jones is not entitled to *de novo* review by the District Judge of the Magistrate Judge's findings, conclusions and recommendations, and except upon grounds of plain error, he is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. 28 U.S.C.

§ 636(b)(1)(C); *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Nonetheless, the Court has reviewed the pleadings in this cause and the report of the Magistrate Judge and agrees with the report of the Magistrate Judge. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants . . . .' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)).  It is accordingly

**ORDERED** that the Magistrate Judge's report (Docket No. 2) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled petition for writ of habeas corpus is **DISMISSED**.

**So ORDERED and SIGNED this 26th day of October, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE